# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>YUMI HAHN,<br><br>　　　　　　　Defendant. | CASE NO. 13CV1111 JLS (NLS)<br><br>**ORDER (1) VACATING HEARING; (2) GRANTING MOTION TO REMAND; AND, (3) DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF Nos. 4, 2) |

Presently before the Court is Plaintiff Federal National Mortgage Association's ("Plaintiff") Motion to Remand.  (ECF No. 4).  The hearing on the motion that is currently set for July 25, 2013 is **HEREBY VACATED** and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

Defendant Yumi Hahn ("Defendant") failed to file an opposition to Plaintiff's motion within the time specified by Civil Local Rule 7.1(e)(2).  Accordingly, the Court **GRANTS** Plaintiff's motion.  *See* CivLR 7.1(f)(3)(c).

Moreover, the Court notes that Plaintiff's motion to remand must be granted on its merits because this Court lacks subject matter jurisdiction over a state law action for unlawful detainer.  *See Franchise Tax Bd. of Cal. v. Construction Laborers Vacation Trust For S. Cal.,* 463 U.S. 1, 10-11 (1983).  Defendant's

assertion of counterclaims or defenses under the Protecting Tenants in Foreclosure Act, 12 U.S.C. § 5201 *et seq.*, or other federal statutes, does not create federal question jurisdiction. *See id.* Finally, diversity jurisdiction is also absent in this matter because the amount in controversy does not exceed $75,000. *See* 28 U.S.C. § 1332.

For these reasons, the Court **REMANDS** this action to the Superior Court for the County of San Diego. Defendant's pending Motion to Proceed *In Forma Pauperis*, (ECF No. 2), is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: July 19, 2013

_____
Honorable Janis L. Sammartino
United States District Judge